IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JENISE MOIHA, | ) | CIVIL NO. 21-00130 JAO-RT |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING APPLICATION |
| | ) | TO PROCEED IN FORMA PAUPERIS |
| vs. | ) | |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Before the Court is Plaintiff Jenise Moiha's ("Plaintiff") Application to Proceed In Forma Pauperis ("IFP Application"), filed March 15, 2021. A court may authorize the commencement or prosecution of any suit without prepayment of fees by a person who submits an affidavit that the person is unable to pay such fees. *See* 28 U.S.C. § 1915(a)(1). "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (citing *Adkins v. E.I. Du Pont De Nemours & Co., Inc.*, 335 U.S. 331, 339 (1948)). Absolute destitution is not required to obtain benefits under the IFP statute, but "a plaintiff seeking IFP status must allege poverty 'with some particularity, definiteness and certainty.'" *Id.* (citation omitted).

In the present case, the Court finds that Plaintiff has sufficiently demonstrated entitlement to proceed in forma pauperis.  Plaintiff receives state assistance and food stamps benefits totaling $250.00 and $420.00, respectively.[1]  Plaintiff represents that she has no other source of income, that she has a $40.00 balance in her checking or savings account, and that she has no assets.  This information establishes that Plaintiff's annual income falls well below the poverty threshold for a one-person household in Hawai'i, which is currently $14,820.00.  Annual Update of the HHS Poverty Guidelines, 86 Fed. Reg. 7732-0185 (Feb. 1, 2021).  Because Plaintiff has made the requisite showing under § 1915 to proceed in forma pauperis, the Court HEREBY GRANTS her IFP Application.  ECF No. 4.

IT IS SO ORDERED.

DATED:   Honolulu, Hawai'i, March 16, 2021.



Jill A. Otake
United States District Judge

CIVIL NO. 21-00130 JAO-RT; *MOIHA V. SAUL*; ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

---

[1] Although Plaintiff has not indicated how frequently she receives these benefits, the Court assumes they are monthly benefits.